AO 467 (Rev. 01/09; CAND Version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 3:26-mj-70998-MAG    Document 13    Filed 08/06/26    Page 1 of 1

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>YILI YE,<br><br>Defendants. | Case No.  26-mj-70998-MAG-2  (TSH)<br><br>Charging District:<br><br>Southern District of Florida<br><br>Charging District's Case No.:<br><br>26-CR-20237-ALTONAGA/REID |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: August 6, 2026

Thomas S. Hixson
United States Magistrate Judge